**Order entered December 6, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00472-CV

**ROBBIE LESA HAMES HORTON, Appellant**

**V.**

**JP MORGAN CHASE BANK, N.A., Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-01162-E**

## ORDER

Before the Court is appellee's December 4, 2016 unopposed second motion to extend time to file appellee's brief. Appellee's motion is **GRANTED**. Appellee's brief shall be filed by January 4, 2017. We caution appellee that further extensions may not be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
JUSTICE